*Messrs. McHatton & Cotter,* and *Mr. W. C. Jones,* for Respondents.

---

No. 1,708.—BURKETT ET AL., RESPONDENTS, *v.* SHERLOCK ET AL., APPELLANTS.

*Appeal from District Court, Jefferson County; M. H. Parker, Judge.*

On motion to dismiss appeal.

Decided August 4, 1902.

PER CURIAM.—Upon motion of T. J. Walsh, Esquire, of counsel for appellants, this appeal is dismissed at the cost of appellants.

*Mr. George F. Cowan,* and *Mr. T. J. Walsh,* for Appellants.

*Mr. M. P. Gilchrist,* for Respondents.